# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAO JAVIER CEREZO ZAMBRANO,<br><br>Petitioner,<br><br>v.<br><br>PAM BONDI, Attorney General of the United States, *et al.*,<br><br>Respondents. | Case No. 25-cv-01538-BAS<br><br>**ORDER REQUIRING RESPONSE** |

Presently before the Court are a Petition and Application for Writ of Habeas Corpus Ad Prosequendum. (ECF Nos. 1–2.) The Petition alleges Petitioner was arrested on June 15, 2025, and has not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5. Petitioner seeks a writ of habeas corpus ad prosequendum directing Respondents to immediately present Petitioner to a magistrate judge for arraignment.

The Court **ORDERS** Respondents to file a response to the Petition and Application no later than **11:59 p.m.** on **June 17, 2025**. Petitioner may voluntarily dismiss this action

if it becomes moot.  Further, the Clerk of Court shall serve this Order on the U.S. Attorney's Office.

**IT IS SO ORDERED.**

**DATED: June 16, 2025**

_[signature]_
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**